# Court of Appeals
# of the State of Georgia

ATLANTA,   October 26, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0333.  JOHN ROSS v. CITY OF MILTON.**

Following his conviction in municipal court of driving with a suspended registration, John Ross petitioned the superior court for a writ of certiorari.  On April 30, 2012, the superior court entered an order dismissing the petition.  Ross filed a motion for reconsideration, which the superior court denied.  On September 20, 2012, Ross filed a notice of appeal to this Court.  We lack jurisdiction for two reasons.

First, under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court.  See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001).  This procedure must be followed even where the superior court dismisses the certiorari petition.  See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984).  Ross, however, failed to comply with the discretionary appeal procedure.

Second, even if Ross had a right to a direct appeal, his notice of appeal was not timely filed.  A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed, OCGA § 5-6-38 (a), but Ross filed his notice of appeal 143 days after entry of the order dismissing his petition for certiorari.  Although Ross sought reconsideration of that dismissal, a trial court's denial of a motion for reconsideration is not itself appealable, and the filing of a motion for reconsideration does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).  Accordingly, this appeal is untimely.

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 10/26/2012
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ , *Clerk.*